# Attachment

# A

1.      Whitney C. Barrentine
        875 Trestletree Court SE
        Apartment C
        Atlanta, Georgia  30312
        May be Contacted Through Counsel

        Hillary B. Cranford
        Administrator of the Estate of Jerell Tyreek Battle, Deceased

        The Plaintiff in the underlying state tort suit.

2.      Responding Law Enforcement Personnel, including:

        Officer David Grandy (#6600)
        Officer Brian Hill (#6008)
        Officer Jalen Watson (#7891)
        Officer J. Carter (#3466)
        Officer David Holleman (#5432)
        Officer Kevin Pope (#2349)
        Officer Pierre Jospeh (#4249)
        Officer Michael Young (#4224)
        Officer Deric Wright (#8041)

        Atlanta Police Department
        226 Peachtre Street SW
        Atlanta, Georgia 30303
        (404) 614-6544

        Individuals with knowledge of law enforcement's investigation.

3.      Representatives and employees of Respondent Hidden Village Group
        LLC d/b/a Hidden Village Apartments
        2100 Riveredge Parkway, 5th Floor, Suite 1025
        Atlanta, Georgia 30328
        Contact Number Unknown

        Knowledge of the incident, insurance, and the activities at the premises
        in question.

4.      Representatives and employees of Respondent REMG Corp.

89 North Charendon Avenue
Avondale Estates, Georgia 30002

Knowledge of the incident, insurance and activities at the premises in question.

5.    Representatives and employees of Respondent Vicinia Property Management, LLC.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

Knowledge of the incident, insurance and activities at the premises in question.

6.    Employees, representatives, agents, and counsel of Petitioner Kinsale Insurance Company
Contact information known to Petitioner

Knowledge of insurance as pertaining to the subject incident.

Respondents reserve the right to supplement this list with the names and information of additional witnesses as such information becomes available through the course of discovery.