# Attachment

# C

**Respondents' Document List**

Discovery is in the beginning stages, and the Parties have not yet had the opportunity to discover critical information that could be decisive to this case. Moreover, much of this information pertinent to this matter is known by, possessed by, or otherwise in custody of, Petitioner Kinsale Insurance Company or Respondents Hidden Village Group, LLC.; REMG Corp.; and Vicinia Property Management, LLC., and their employees, representatives, agents, and/or counsel.

1.      Atlanta Police Department Incident Report

2.      Death Certificate

3.      Medical Examiner Report

4.      Hidden Village Group, LLC. and REMG Corp. Management Agreement

4.      Beasley Allen Preservation Letters

5.      Insurance Policy

6.      All documents, information and/or communications in the possession, control and/or custody of Kinsale Insurance Company, its employees, representatives, agents, and/or counsel, concerning:

a. The May 05, 2024 shooting at the Hidden Village Apartment Complex.

b. Any and all personal and property damage claims, insurance claims, requests for coverage, incident reports, notifications, or communications

arising out of, responding to, or discussing matters involving, the May 05, 2024 shooting.

c. Any and all information that could in any way provide notice of a potential claim arising out of the May 05, 2024 shooting.

d. Any and all documents underlying, reflecting, related to, or concerning in any way, any paragraph contained in Kinsale Insurance Company's Complaint for Declaratory Judgment.

e. Any and all evidence of Hidden Village Group, LLC.; REMG Corp.; and Vicinia Property Management, LLC.'s knowledge of the shooting, injured persons, or communications with any agent or representative of Kinsale Insurance Company.

f. Any evidence that is in any way relevant to the claims and defenses of this matter.

7.    All documents, information and/or communications in the possession, control and/or custody of Hidden Village Group, LLC; REMG Corp.; and Vicinia Property Management, LLC., its employees, representatives, agents, and/or counsel, concerning:

a. The May 05, 2024 shooting at the Hidden Village Apartment Complex.

b. Any and all property damage claims, insurance claims, requests for coverage, incident reports, notifications, or communications arising out of, responding to, or discussing matters involving, the May 05, 2024 shooting.

c. Any and all information that could in any way provide notice of a potential claim arising out of the May 05, 2024 shooting.

d. Any and all documents underlying, reflecting, related to, or concerning in any way, any paragraph contained in Kinsale Insurance Company's Complaint for Declaratory Judgment.

e. Any and all evidence of Hidden Village Group, LLC.; REMG Corp.; and Vicinia Property Management, LLC.'s knowledge of the shooting, injured persons, or communications with any agent or representative of Kinsale Insurance Company.

f. Any evidence that is in any way relevant to the claims and defenses of this matter.